MAGISTRATE JUDGE

LODGED ___ ENTERED
___ RECEIVED
FEB -8 2011
BY CLERK U.S. AT SEATTLE
WESTERN DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. MJ11-30 |
| Plaintiff, ) | |
| vs. ) | DEFENDANT'S CONSENT TO EXTEND THE TIME FOR PRELIMINARY HEARING |
| DAVID RUSSELL MYRLAND, ) | |
| Defendant. ) | |

I, David Russell Myrland, acknowledge that I have been advised by my attorney that I have a right to a preliminary hearing no later than fourteen days after my initial appearance, pursuant to Fed. R. Crim. P. 5.1(c), which, in my case, would be on or before February 8, 2011. I understand that under the Fed. R. Crim. P. 5.1(d), I can consent to an extension of the time in which the preliminary hearing may be held. I wish to waive my right to have a preliminary hearing within fourteen days, and request that my preliminary hearing instead be scheduled on February 23, 2011, ~~2006~~. I make this request because I anticipate retaining private counsel. Accordingly, I hereby knowingly, voluntarily and with advice of counsel, waive my right to a preliminary hearing within fourteen days, and consent to a preliminary hearing date of February 23,

DEFENDANT'S CONSENT TO EXTEND
THE TIME FOR PRELIMINARY
HEARING - 1
(U.S. v. Myrland, MJ11-30)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  2011. I hereby agree that I will not challenge the timeliness of the preliminary hearing,
2  provided that it is held or waived prior to February 23, 2011.
3      DATED this 8th day of February, 2011.

                                  Respectfully submitted,

                                  _____
                                  David R. Myrland
                                  Defendant

Approved by:

_____
Dennis Carroll
Attorney for Defendant

DEFENDANT'S CONSENT TO EXTEND
THE TIME FOR PRELIMINARY
HEARING - 2
(U.S. v. Myrland, MJ11-30)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100